# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-21-00290-CV

---

**Michael A. Rice, Appellant**

**v.**

**Austin Rice; Sammy Cockerell; Will R. Shumann; Carl Whitworth; Dorthy J. Rice; Marion Robert "Bob" Rice; Cindy Rice; Sheila Rice Hemphill; Charlotte Rice Finley; Rice Ranch, Ltd; and Rice Ranch Management, L.L.C., Appellees**

---

### FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
### NO. 2018187, THE HONORABLE ROBERT R. HOFMANN, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

This appeal was stayed as discussed by memorandum opinion dated May 18, 2022, after appellant Michael Rice filed for bankruptcy protection. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Appellant has now filed a motion to dismiss this appeal, stating that the parties have reached a settlement and that appellant no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and reinstate and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Edward Smith, Justice

Before Justices Baker, Kelly, and Smith

Dismissed on Appellant's Motion

Filed:   March 7, 2023